# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RICHARD ANDREW SCHLEGEL | § | Case No. 15-13405 |
| CAROLYN JEAN SCHLEGEL | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/15/2015 . The undersigned trustee was appointed on 10/27/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 110,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 40,627.45 |
| Bank service fees | | 132.33 |
| Other payments to creditors | | 15,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 39,240.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/28/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,533.24 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,533.24 , for a total compensation of $ 6,533.24 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 81.70 , for total expenses of $ 81.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2018                By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-13405 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD ANDREW SCHLEGEL | | | | Date Filed (f) or Converted (c): | 04/15/2015 (f) |
| | CAROLYN JEAN SCHLEGEL | | | | 341(a) Meeting Date: | 05/07/2015 |
| For Period Ending: | 02/23/2018 | | | | Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22500 SOUTH JOSEPH AVE CHANNAHON, IL 60410 (DEBTO | 146,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 120.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 60.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7. LIFE INSURANCE | Unknown | 0.00 | | 0.00 | FA |
| 8. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 9. POTENTIAL PI CASE (u) | Unknown | Unknown | | 110,000.00 | FA |
| 10. 1997 FORD TAURUS | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2008 HYUNDAI SONATA | 4,606.00 | 0.00 | | 0.00 | FA |
| 12. 2009 MERCEDES C-300 | 11,535.00 | 0.00 | | 0.00 | FA |
| 13. DOGS/CAT | 0.00 | 0.00 | | 0.00 | FA |
| 14. Checking account with First Midwest | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $164,721.00     $0.00     $110,000.00     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 15-13405   Doc 41   Filed 02/26/18   Entered 02/26/18 13:48:05   Desc Main
          Document      Page 4 of 11

Case reopened for adminstration of undisclosed PI case on 10/23/2015 see Dkt# 22 Trustee re-appointed 10/27/2015. Special Counsel employed on 3/18/2016 see Dkt# 28.  PI case pending in state court in discovery stage 12/9/2016. Received and reviewed copy of special counsel, Ken Sophie's, response on my behalf as Trustee to Defendant's (Portillo's) motion for summary judgment 1/12/2017. Motion for summary judgment denied in State court case and moves forward 3/14/2017. 6/30/2017--settlement conference/mediation set 8-28-2017. Filed Motion to Settle 11/2/17. Funds received 12-5-2017. Claims review in process 12/20/2017.

Exhibit A

RE PROP #          6    --    COSTUME JEWELRY

Initial Projected Date of Final Report (TFR): 01/10/2020          Current Projected Date of Final Report (TFR): 03/10/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-13405 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | RICHARD ANDREW SCHLEGEL | Bank Name: | Associated Bank | |
| | CAROLYN JEAN SCHLEGEL | Account Number/CD#: | XXXXXX6023 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0209 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 02/23/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/17 | 9 | Zurich American Insurance Co.<br>P.O. Box 66946<br>Chicago, IL 60666-0946 | Court Approved settlement on PI<br>Court approved see dckt# 37 | 1242-000 | $110,000.00 | | $110,000.00 |
| 12/13/17 | 1001 | Harrington Thompson Acker & Harrington<br>1 North LaSalle Street<br>#3150<br>Chicago, IL 60602 | Attorneys fees<br>See Dckt #37 | 3210-000 | | $36,666.66 | $73,333.34 |
| 12/13/17 | 1002 | Harrington, Thompson, Acker, & Harrington<br>1 North LaSalle Street<br>#3150<br>Chicago, IL 60602 | Attorneys Expenses<br>See Dckt #37 | 3220-000 | | $3,960.79 | $69,372.55 |
| 12/13/17 | 1003 | Equian Secure<br>9390 Bunsen Parkway<br>Louisville, KY 40220 | Court Approved Payment<br>See Dckt #37 | 4210-000 | | $15,000.00 | $54,372.55 |
| 12/13/17 | 1004 | Richard A. & Carolyn J. Schlegel<br>22500 South Joseph Avenue<br>Channahon, IL 60410 | Debtor's Exemption<br>See Dckt #37 | 8100-002 | | $15,000.00 | $39,372.55 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.33 | $39,240.22 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $110,000.00 | $70,759.78 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $110,000.00 | $70,759.78 |
| Less: Payments to Debtors | | $0.00 | $15,000.00 |
| Net | | $110,000.00 | $55,759.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*         Page Subtotals:         $110,000.00    $70,759.78

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6023 - Checking | $110,000.00 | $55,759.78 | $39,240.22 |
|  | $110,000.00 | $55,759.78 | $39,240.22 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $110,000.00 |
| Total Gross Receipts: | $110,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-13405-BWB  
Debtor Name: RICHARD ANDREW SCHLEGEL  
Claims Bar Date: 4/28/2016  

Date: February 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Richard Andrew Schlegel and Carolyn Jean Schlegel | Administrative Payment Status: Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $6,533.24 | $6,533.24 |
| 100 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $81.70 | $81.70 |
| 100 2700 | CLERK OF THE COURT CLERK OF THE COURT 219 South Dearborn Chicago, IL 60604 | Administrative Payment Status: Valid To Pay | | $0.00 | $176.00 | $176.00 |
| 100 3210 | Harrington Thompson Acker & Harrington 1 North LaSalle Street #3150 Chicago, IL 60602 | Administrative Payment Status: Valid To Pay | Per c/o See Dkt#37. | $0.00 | $36,666.66 | $36,666.66 |
| 100 3210 | Harrington, Thompson, Acker, & Harrington 1 North LaSalle Street #3150 Chicago, IL 60602 | Administrative Payment Status: Valid To Pay | Per c/o see Dkt# 37.. | $0.00 | $3,960.79 | $3,960.79 |
| 1 300 7100 | COLLECTION PROFESSIONALS INC ATTORNEY ROBERT B STEELE PO BOX 517 LASALLE, IL 61301 | Unsecured Payment Status: Valid To Pay | | $0.00 | $1,764.39 | $1,764.39 |
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured Payment Status: Valid To Pay | | $0.00 | $1,311.38 | $1,311.38 |
| 400 4210 | Equian Secure 9390 Bunsen Parkway Louisville, KY 40220 | Secured Payment Status: Valid To Pay | Per c/o see Dkt 37. | $0.00 | $15,000.00 | $15,000.00 |
| | Case Totals | | | $0.00 | $80,494.16 | $80,494.16 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                                 Printed: February 23, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-13405-BWB                                          Date: February 23, 2018
Debtor Name: RICHARD ANDREW SCHLEGEL
Claims Bar Date: 4/28/2016

Page 2                                          Printed: February 23, 2018

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13405
Case Name: RICHARD ANDREW SCHLEGEL
                  CAROLYN JEAN SCHLEGEL
Trustee Name: Peter N. Metrou, Trustee

        Balance on hand                          $        39,240.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Equian Secure | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |

    Total to be paid to secured creditors                   $       0.00

    Remaining Balance                                $       39,240.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,533.24 | $ 0.00 | $ 6,533.24 |
| Trustee Expenses: Peter N. Metrou | $ 81.70 | $ 0.00 | $ 81.70 |
| Attorney for Trustee Fees: Harrington, Thompson, Acker, & Harrington | $ 3,960.79 | $ 3,960.79 | $ 0.00 |
| Charges: CLERK OF THE COURT | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: Harrington Thompson Acker & Harrington | $ 36,666.66 | $ 36,666.66 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $       6,790.94

    Remaining Balance                                $       32,449.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,075.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COLLECTION PROFESSIONALS INC | $ 1,764.39 | $ 0.00 | $ 1,764.39 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,311.38 | $ 0.00 | $ 1,311.38 |

| Total to be paid to timely general unsecured creditors | $ 3,075.77 |
|---|---|
| Remaining Balance | $ 29,373.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 19.19 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,354.32 .