IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-13405 |
| | ) | |
| RICHARD ANDREW SCHLEGEL | ) | |
| CAROLYN JEAN SCHLEGEL | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE PAMELA S. HOLLIS |
| | ) | (Joliet) |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S ROUTINE MOTION TO EXTEND THE TIME TO OBJECT TO DISCHARGE PURSUANT TO 11 USC §727

**PLEASE TAKE NOTICE** that Peter N. Metrou, not individually, but as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Richard Andrew Schlegel and Carolyn Jean Schlegel (the "Debtor"), hereby withdraws without prejudice the **Notice of Trustee's Final Report**, **Docket No. 43**, filed on February 26, 2018.

Respectfully Submitted,

 */s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171