UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
RICHARD ANDREW SCHLEGEL § Case No. 15-13405
CAROLYN JEAN SCHLEGEL §
 §
   Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on April 13, 2018  at,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  2/27/2018                    By: /s/ Peter N. Metrou
                                                    Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-13405 |
| | ) | CHAPTER 7 |
| RICHARD ANDREW SCHLEGEL | ) | |
| CAROLYN JEAN SCHLEGEL | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 27th day of February, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                              */s/ Peter N. Metrou*
                                              **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Via First-Class Mail**

Adventist Bolingbrook Hospital
Bankruptcy Department
75 Remittance Dr., #6097
Chicago,IL 60675-6097

Alphera Financial
5550 Britton Pkwy
Hilliard,OH 43026-7456

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Badowski Druzak & Jensen
10 W Martin Ave #100
Naperville,IL 60540-6564

BMW Financial Services NA, LLC
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Financial Services NA, LLC
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Brent Ingram
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Carolyn Jean Schlegel
22500 South Joseph Ave
Channahon, IL 60410-3067

CHASE
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington,DE 19850-5298

Collection Professionals Inc
Attorney Robert B Steele
PO Box 517
LaSalle, IL 61301-0517

Commonwealth Financial
Attn: Bankruptcy Dept.
245 Main St
Dickson City,PA 18519-1641

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator,IL 61364-2927

Creditors Protection S
Attn: Bankruptcy Dept.
202 W State St Ste 300
Rockford,IL 61101-1116

Dependon Collection SE
Attn: Bankruptcy Dept.
Po Box 4833
Oak Brook,IL 60522-4833

Edward Health Ventures
Bankruptcy Department
Dept. 77-3471
Chicago,IL 60678-0001

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Illinois Collection SE
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park,IL 60487-9356

J.B. Robinson Jewelers
Attn: Bankruptcy Dept.
375 Ghent Rd
Fairlawn,OH 44333-4601

MBB
Attn: Bankruptcy Dept.
1460 Renaissance Dr
Park Ridge,IL 60068-1331

Merchants Credit Guide
Attn: Bankruptcy Dept.
223 W Jackson Blvd Ste 4
Chicago,IL 60606-6914

MK Orthopaedics
396 Remington Bldv
Bolingbrook,IL 60440-4302

Morris Hospital
Attn: Bankruptcy Department
150 W. High St.
Morris,IL 60450-1497

Richard Andrew Schlegel
22500 South Joseph Ave
Channahon, IL 60410-3067

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Northwest Collectors
Attn: Bankruptcy Dept.
3601 Algonquin Rd Ste 23
Rolling Meadows,IL 60008-3143

Robert B Steele
PO BOX 517
LaSalle,IL 61301-0517

Silver Cross Hospital
Attn: Bankruptcy Department
1200 Maple Rd
Joliet,IL 60432-1439

State Collection Servi
Attn: Bankruptcy Dept.
2509 S Stoughton Rd
Madison,WI 53716-3314

THE Outsource Group
Attn: Bankruptcy Dept.
3 Cityplace Dr
Saint Louis,MO 63141-7089

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester,PA 19022-1023

**VIA ECF**

Will County Circuit Court
Bankruptcy Dept.
14 W. Jefferson St
Joliet,IL 60432-4300

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603-5920

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| RICHARD ANDREW SCHLEGEL § | Case No. 15-13405 |
| CAROLYN JEAN SCHLEGEL § | |
| § | |
| Debtors § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 110,000.00 |
| and approved disbursements of | $ | 70,759.78 |
| leaving a balance on hand of[1] | $ | 39,240.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Equian Secure | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 39,240.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,533.24 | $ 0.00 | $ 6,533.24 |
| Trustee Expenses: Peter N. Metrou | $ 81.70 | $ 0.00 | $ 81.70 |
| Attorney for Trustee Fees: Harrington, Thompson, Acker, & Harrington | $ 3,960.79 | $ 3,960.79 | $ 0.00 |
| Charges: CLERK OF THE COURT | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: Harrington Thompson Acker & Harrington | $ 36,666.66 | $ 36,666.66 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,790.94 |
| Remaining Balance | $ | 32,449.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,075.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COLLECTION PROFESSIONALS INC | $ 1,764.39 | $ 0.00 | $ 1,764.39 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,311.38 | $ 0.00 | $ 1,311.38 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,075.77 |
| | Remaining Balance | | $ | 29,373.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 19.19 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,354.32 .

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.