# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RICHARD ANDREW SCHLEGEL | § | Case No. 15-13405 |
| CAROLYN JEAN SCHLEGEL | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 164,721.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  18,094.96          Claims Discharged
                                                      Without Payment:   15,028,463,757.00


Total Expenses of Administration:  47,550.72

---

3) Total gross receipts of $ 110,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 44,354.32  (see **Exhibit 2**), yielded net receipts of $ 65,645.68  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 144,288.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 47,550.72 | 47,550.72 | 47,550.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,028,319,469.00 | 3,075.77 | 3,075.77 | 3,094.96 |
| **TOTAL DISBURSEMENTS** | $ 15,028,463,757.00 | $ 65,626.49 | $ 65,626.49 | $ 65,645.68 |

4) This case was originally filed under chapter 7 on 04/15/2015. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2018            By: /s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL PI CASE | 1242-000 | 110,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 110,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard A. & Carolyn J. Schlegel | Exemptions | 8100-002 | 15,000.00 |
| Richard Andrew Schlegel and Carolyn Jean Schlegel | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 29,354.32 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 44,354.32** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alphera Financial 5550 Britton Pkwy Hilliard OH 43026 | | 8,000.00 | NA | NA | 0.00 |
| 2 | CHASE | | 21,018.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Nationstar Mortgage LL Attn: Bankruptcy Dept. 350 Highland Dr Lewisville TX 75067 | | 115,270.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 15298 | | 0.00 | NA | NA | 0.00 |
| | Wilmington DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Equian Secure | 4210-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 144,288.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,533.24 | 6,533.24 | 6,533.24 |
| Peter N. Metrou | 2200-000 | NA | 81.70 | 81.70 | 81.70 |
| Associated Bank | 2600-000 | NA | 132.33 | 132.33 | 132.33 |
| CLERK OF THE COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| Harrington Thompson Acker & Harrington | 3210-000 | NA | 36,666.66 | 36,666.66 | 36,666.66 |
| Harrington, Thompson, Acker, & Harrington | 3210-000 | NA | 3,960.79 | 3,960.79 | 3,960.79 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 47,550.72 | $ 47,550.72 | $ 47,550.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Adventist Bolingbrook Hospital Bankruptcy Department 75 Remittance Dr., #6097 Chicago IL 60675 : 2 Badowski Druzak & Jensen 10 W Martin Ave #100 Naperville IL 60540 | | 500,100.00 | NA | NA | 0.00 |
| | 10 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 98.00 | NA | NA | 0.00 |
| | 11 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 82.00 | NA | NA | 0.00 |
| | 12 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 784.00 | NA | NA | 0.00 |
| | 13 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 190.00 | NA | NA | 0.00 |
| | 14 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 172.00 | NA | NA | 0.00 |
| | 15 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 740.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Creditors Protection S Attn: Bankruptcy Dept. 202 W State St Ste 300 Rockford IL 61101 | | 280.00 | NA | NA | 0.00 |
| | 17 Dependon Collection SE Attn: Bankruptcy Dept. Po Box 4833 Oak Brook IL 60522 :  D69541K35300 18 Edward Health Ventures Bankruptcy Department Dept. 77-3471 Chicago IL 60678 | | 2,411,000.00 | NA | NA | 0.00 |
| | 19 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | 187.00 | NA | NA | 0.00 |
| | 20 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | 187.00 | NA | NA | 0.00 |
| | 21 J.B. Robinson Jewelers Attn: Bankruptcy Dept. 375 Ghent Rd Fairlawn OH 44333 | | 0.00 | NA | NA | 0.00 |
| | 22 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 164.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 23 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 2,940.00 | NA | NA | 0.00 |
| | 24 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 : 8131961714 25 MK Orthopaedics 396 Remington Bldv Bolingbrook IL 60440 : 26 Morris Hospital Attn: Bankruptcy Department 150 W. High St. Morris IL 60450 | | 15,025,001,000.00 | NA | NA | 0.00 |
| | 27 Northwest Collectors Attn: Bankruptcy Dept. 3601 Algonquin Rd Ste 23 Rolling Meadows IL 60008 : 3236424288 28 Silver Cross Hospital Attn: Bankruptcy Department 1200 Maple Rd Joliet IL 60432 | | 398,500.00 | NA | NA | 0.00 |
| | 29 State Collection Servi Attn: Bankruptcy Dept. 2509 S Stoughton Rd Madison WI 53716 | | 75.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 COLLECTION PROF/Lasal Attn: Bankruptcy Dept. 723 1St St La Salle IL 61301 | | 1,513.00 | NA | NA | 0.00 |
| | 30 State Collection Servi Attn: Bankruptcy Dept. 2509 S Stoughton Rd Madison WI 53716 | | 75.00 | NA | NA | 0.00 |
| | 31 State Collection Servi Attn: Bankruptcy Dept. 2509 S Stoughton Rd Madison WI 53716 | | 100.00 | NA | NA | 0.00 |
| | 32 THE Outsource Group Attn: Bankruptcy Dept. 3 Cityplace Dr Saint Louis MO 63141 | | 150.00 | NA | NA | 0.00 |
| | 4 Commonwealth Financial Attn: Bankruptcy Dept. 245 Main St Dickson City PA 18519 | | 374.00 | NA | NA | 0.00 |
| | 5 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 158.00 | NA | NA | 0.00 |
| | 6 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 150.00 | NA | NA | 0.00 |
| | 8 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 150.00 | NA | NA | 0.00 |
| | 9 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 150.00 | NA | NA | 0.00 |
| | PO BOX 517 LaSalle IL 61301 | | 0.00 | NA | NA | 0.00 |
| | Robert B Steele | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Bankruptcy Dept. 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,311.38 | 1,311.38 | 1,311.38 |
| 1 | COLLECTION PROFESSIONALS INC | 7100-000 | NA | 1,764.39 | 1,764.39 | 1,764.39 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 8.18 |
| | COLLECTION PROFESSIONALS INC | 7990-000 | NA | NA | NA | 11.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 15,028,319,469.00 | $ 3,075.77 | $ 3,075.77 | $ 3,094.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-13405 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD ANDREW SCHLEGEL | | | | Date Filed (f) or Converted (c): | 04/15/2015 (f) |
| | CAROLYN JEAN SCHLEGEL | | | | 341(a) Meeting Date: | 05/07/2015 |
| For Period Ending: | 07/09/2018 | | | | Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22500 SOUTH JOSEPH AVE CHANNAHON, IL 60410 (DEBTO | 146,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 120.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 60.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7. LIFE INSURANCE | Unknown | 0.00 | | 0.00 | FA |
| 8. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 9. POTENTIAL PI CASE (u) | Unknown | Unknown | | 110,000.00 | FA |
| 10. 1997 FORD TAURUS | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2008 HYUNDAI SONATA | 4,606.00 | 0.00 | | 0.00 | FA |
| 12. 2009 MERCEDES C-300 | 11,535.00 | 0.00 | | 0.00 | FA |
| 13. DOGS/CAT | 0.00 | 0.00 | | 0.00 | FA |
| 14. Checking account with First Midwest | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $164,721.00 | $0.00 | | $110,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Case reopened for adminstration of undisclosed PI case on 10/23/2015 see Dkt# 22. Trustee re-appointed 10/27/2015. Special Counsel employed on 3/18/2016 see Dkt# 28.  PI case pending in state court in discovery stage 12/9/2016. Received and reviewed copy of special counsel, Ben Sophie's, response on my behalf as Trustee to Defendant's (Portillo's) motion for summary judgment 1/12/2017. Motion for summary judgment denied in State court case and moves forward 3/14/2017. 6/30/2017--settlement conference/mediation set 8-28-2017. Filed Motion to Settle 11/2/17. Funds received 12-5-2017. Claims review in process 12/20/2017.

RE PROP #          6    --   COSTUME JEWELRY

Initial Projected Date of Final Report (TFR): 01/10/2020          Current Projected Date of Final Report (TFR): 03/10/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-13405
Case Name: RICHARD ANDREW SCHLEGEL
CAROLYN JEAN SCHLEGEL

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6023
Checking

Taxpayer ID No: XX-XXX0209
For Period Ending: 07/09/2018

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/17 | 9 | Zurich American Insurance Co.<br>P.O. Box 66946<br>Chicago, IL 60666-0946 | Court Approved settlement on PI<br>Court approved see dckt# 37 | 1242-000 | $110,000.00 | | $110,000.00 |
| 12/13/17 | 1001 | Harrington Thompson Acker & Harrington<br>1 North LaSalle Street<br>#3150<br>Chicago, IL 60602 | Attorneys fees<br>See Dckt #37 | 3210-000 | | $36,666.66 | $73,333.34 |
| 12/13/17 | 1002 | Harrington, Thompson, Acker, & Harrington<br>1 North LaSalle Street<br>#3150<br>Chicago, IL 60602 | Attorneys Expenses<br>See Dckt #37 | 3220-000 | | $3,960.79 | $69,372.55 |
| 12/13/17 | 1003 | Equian Secure<br>9390 Bunsen Parkway<br>Louisville, KY 40220 | Court Approved Payment<br>See Dckt #37 | 4210-000 | | $15,000.00 | $54,372.55 |
| 12/13/17 | 1004 | Richard A. & Carolyn J. Schlegel<br>22500 South Joseph Avenue<br>Channahon, IL 60410 | Debtor's Exemption<br>See Dckt #37 | 8100-002 | | $15,000.00 | $39,372.55 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.33 | $39,240.22 |
| 04/16/18 | 1005 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Final distribution representing a payment of 100.00 % per court order. | | | $6,614.94 | $32,625.28 |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order.      ($6,533.24) | 2100-000 | | | |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order.      ($81.70) | 2200-000 | | | |
| 04/16/18 | 1006 | CLERK OF THE COURT<br>CLERK OF THE COURT<br>219 South Dearborn<br>Chicago, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $176.00 | $32,449.28 |
| 04/16/18 | 1007 | COLLECTION PROFESSIONALS INC<br>ATTORNEY ROBERT B STEELE<br>PO BOX 517<br>LASALLE, IL 61301 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $1,775.40 | $30,673.88 |

Page Subtotals:      $110,000.00      $79,326.12

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-13405 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: RICHARD ANDREW SCHLEGEL | Bank Name: Associated Bank | |
| CAROLYN JEAN SCHLEGEL | Account Number/CD#: XXXXXX6023 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0209 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 07/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | ($11.01)  7990-000 | | | |
| | | COLLECTION PROFESSIONALS INC | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($1,764.39)  7100-000 | | | |
| 04/16/18 | 1008 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,319.56 | $29,354.32 |
| | | | | ($8.18)  7990-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,311.38)  7100-000 | | | |
| 04/16/18 | 1009 | Richard Andrew Schlegel and Carolyn Jean Schlegel | Distribution of surplus funds to debtor. | 8200-002 | | $29,354.32 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $110,000.00 | $110,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $110,000.00 | $110,000.00 |
| Less: Payments to Debtors | $0.00 | $44,354.32 |
| Net | $110,000.00 | $65,645.68 |

Page Subtotals:   $0.00   $30,673.88

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6023 - Checking | $110,000.00 | $65,645.68 | $0.00 |
|  | $110,000.00 | $65,645.68 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $110,000.00 |
| Total Gross Receipts: | $110,000.00 |